IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Mario Desir, <br><br>                 Plaintiff, <br> v. <br><br> IQ Data International, Inc.; and DOES 1-10, inclusive, <br><br>                 Defendants. | Civil Action No.:  1:12-cv-00764-RHB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 24, 2012

                                                   Respectfully submitted,

                                                   By   */s/ Sergei Lemberg*

                                                   Sergei Lemberg, Esq.
                                                   LEMBERG & ASSOCIATES L.L.C.
                                                   1100 Summer Street, 3rd Floor
                                                   Stamford, CT 06905
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 24, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By  */s/ Sergei Lemberg*  
                  Sergei Lemberg, Esq.