UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Mario Desir, : <br> : <br> Plaintiff, : <br> v.  : <br> : <br> IQ Data International, Inc.; and DOES 1-10, inclusive, : <br> : <br> Defendants. : <br> : | Civil Action No.:  1:12-cv-00764-RHB |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
**PURSUANT TO RULE 41(a)**

Mario Desir ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 15, 2012

    Respectfully submitted,

    By: */s/ Sergei Lemberg*

    Sergei Lemberg, Esq.
    Lemberg & Associates L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By */s/ Sergei Lemberg*

                                             Sergei Lemberg, Esq.